UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CRYSTAL VASCONCELLOS )
)
Plaintiff(s)

v. )
) Dkt. No.: 06-484T

PIER 1 IMPORTS (U.S.), INC., and
CINDY BALDWIN )
)
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant Pier 1 Imports (U.S.), Inc. hereby moves that Carrie A. Brantley be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

PIER 1 IMPORTS (U.S.), INC.
Defendant

By: Carrie A. Brantley
Carrie A. Brantley
Bar ID No.: TX 24036256
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
DATED: November 1, 06

**ATTORNEY'S CERTIFICATION FOR *PRO HAC VICE* ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State of Texas and of the following Federal District Court and/or Court of Appeals: U.S. District Court, Northern District of Texas, admitted 2003. and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant
Carrie A. Brantley
Bar ID No.: TX 24036256
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Telephone: 817.332.2500
Facsimile No.: 817.878.8280

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Robert P. Brooks
Signature of Local Counsel
Robert R. Brooks, Esq., Bar ID No. 3721
rbrooks@apslaw.com

/s/ Jaime J. LaPorte
Signature of Local Counsel
Jaime J. LaPorte, Esq., Bar ID No. 6668
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Telephone: 401.274.7200
Facsimile No.: 401.751.0604
jlaporte@apslaw.com

**CERTIFICATION**

I, the undersigned, hereby certify that on this 7th day of November, 2006, I did send a true copy of the within Motion for Admission Pro Hac Vice by electronic meals (ECF) and by regular mail to:

Bruce P. Gladstein, Esq.
750 East Avenue
Pawtucket, RI 02860

/s/ Jaime J. LaPorte

**ORDER**

This motion is hereby ______________________________

______________________________
District Judge

Date: ____________________

398014_1