STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-4016 CRYSTAL VASCONCELLOS V PIER 1 IMPORTS

Filing Date: 08-01-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: OTHER CIVIL ACTION
Status Date: 11-06-2006

Plaintiff: CRYSTAL VASCONVELLOS
ID: @10854230
Attorney: BRUCE GLADSTEIN

Defendant: PIER 1 IMPORTS ( US) INC.
ID: @10854234
Attorney: ROBERT BROOKS
Attorney: JAIME LAPORTE

Defendant: CINDY BALDWIN
ID: @10854239

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 08-01-2006 | COMPLAINT FILED | |
| 08-01-2006 | INITIAL FILING FEE | |
| 08-01-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP231066. |
| 09-13-2006 | AMENDED COMPLAINT FILED | Affiliated: VASCONVELLOS, CRYSTAL |
| 11-01-2006 | ANSWER FILED | TO COMPLAINT<br>Affiliated: PIER 1 IMPORTS ( US) INC. |
| 11-06-2006 | NOTICE OF REMOVAL | TO US DISTRICT COURT<br>Affiliated: PIER 1 IMPORTS ( US) INC. |
| 11-06-2006 | CASE REMVD TO US DISTRICT CT | US DISTRICT COURT CASE #06-484T |
| 11-06-2006 | OTH DOC FILED DURING DISCOV | |

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island