UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CRYSTAL VASCONCELLOS :
:
v. :
: C.A. No.: 06-484
:
PIER 1 IMPORTS (US) INC., and :
CINDY BALDWIN, Individually and in her capacity :
and as an employee and Regional Manager of :
Pier 1 Imports (US) Inc. :

PLAINTIFF'S MEMORANUDM IN SUPPORT OF HER MOTION FOR ADDITIONAL INTERROGATORIES IN EXCESS OF 25

Now comes the Plaintiff in the above-entitled action and moves that this Honorable Court allow Plaintiff to submit an additional 25 interrogatories, including subparts, to Defendant, PIER 1 IMPORTS (US) INC. A memorandum in support of said motion is as follows.

The above-referenced matter is a complex discrimination matter asserted against a multi-billion, national company. As of today's date, interrogatories have been served upon Defendant. However, though there are a total number of 25 interrogatories, if all the subparts are included, as per Federal Rules of Civil Procedure, Rule 33, Plaintiff has in reality only served a total number of 10 interrogatories, including the subparts.

Therefore, Plaintiff respectfully requests this Honorable Court to allow Plaintiff an additional 25 interrogatories as per Federal Rules of Civil Procedure Rules 33(a) and 26(b)(2). Rule 33(a) states: "Leave to serve additional interrogatories shall be granted to the extent consistent with the principles of Rule 26(b)(2)". Rule 26(b)(2) states: the Court may alter the limits in these rules on the number of ... interrogatories ...". This request is for the purpose of obtaining additional information that can not be gathered in other less intrusive, less expensive, or less convenient methods. The additional interrogatories are not burdensome nor is it done for harassment purposes.

WHEREFORE, Plaintiff respectfully requests that she be allowed an additional 25 interrogatories to be served on Defendant, PIER 1 IMPORTS (US) INC.

PLAINTIFF
By her Attorney,

______________________________
BRUCE P. GLADSTEIN, ESQ. (#5272)
750 EAST AVENUE
PAWTUCKET, RI 02860
(401) 722-9900 tel.
(401) 722-9919 fax

## CERTIFICATION

I hereby certify that on the _____ day of ____________________ 2007, I mailed a true copy of the within, by regular mail, postage prepaid:

Jamie Laporte, Esq.
Adler Pollock & Sheehan
One Citizens Plaza 8th Floor
Providence RI 02903

Russell D. Cawyer, Esq.
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth TX 76102

____________________________
Karen V Hooks