UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CRYSTAL VASCONCELLOS | : | |
| | : | |
| v. | : | |
| | : | C.A. No.: 06-4016 |
| | : | |
| PIER 1 IMPORTS (US) INC., and | : | |
| CINDY BALDWIN, Individually and in her capacity | : | |
| and as an employee and Regional Manager of | : | |
| Pier 1 Imports (US) Inc. | : | |

**PLAINTIFF'S MOTION FOR ADDITIONAL INTERROGATORIES IN EXCESS OF 25**

Now comes the Plaintiff in the above-entitled action and moves that this Honorable Court allow Plaintiff to submit an additional 25 interrogatories, including subparts, to Defendant, PIER 1 IMPORTS (US) INC. A memorandum in support of said motion is attached.

PLAINTIFF
By her Attorney,

(s) Bruce P. Gladstein Esq,______________________________

BRUCE P. GLADSTEIN, ESQ. (#5272)
750 EAST AVENUE
PAWTUCKET, RI 02860
(401) 722-9900 tel.
(401) 722-9919 fax

**CERTIFICATION**

I hereby certify that on the _5_ day of _October___ 2007, I mailed a true copy of the within, by regular mail, postage prepaid: Jamie Laporte, Esq., Adler Pollock & Sheehan, One Citizens Plaza 8th Floor, Providence RI 02903 and Russell D. Cawyer, Esq., Kelly Hart & Hallman LLP, 201 Main Street, Suite 2500, Fort Worth TX 76102.

Karen V. Hooks________
Karen V Hooks