**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CRYSTAL VASCONCELLOS** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Civil Action No. 06-484-T-LDA** |
| **v.** | § | |
| | § | |
| **PIER 1 IMPORTS (U.S.), INC., AND** | § | |
| **CINDY BALDWIN** | § | |
| | § | |
| **Defendants** | § | |

**DEFENDANT PIER 1 IMPORTS (U.S.), INC.'S MOTION TO EXCEED PAGE LIMITS**

Defendant Pier 1 Imports (U.S.), Inc. ("Pier 1") respectfully moves, pursuant to LR Cv 7(d), for an extension of the page limits for its response to Plaintiff's Motion for More Responsive Answers to Plaintiff's Request for Production.

The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: October 26, 2007

Respectfully submitted,

/s/ Jaime J. LaPorte

Robert P. Brooks (#3721)
Jaime J. LaPorte (#6668)
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345
Telephone: (401) 274-7200
Telefax: (401) 751-0604
rbrooks@apslaw.com
jlaporte@apslaw.com

Russell D. Cawyer *(Admitted Pro Hac Vice)*
State Bar No. 00793482
Carrie A. Brantley
State Bar No. 24036256 *(Admitted Pro Hac Vice)*
Kelly Hart & Hallman LLP
2500 Texas Commerce Tower
201 Main Street
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Telefax: (817) 878-9280
Russell.cawyer@khh.com
Carrie.brantley@khh.com

**ATTORNEYS FOR DEFENDANT**
**PIER 1 IMPORTS (U.S.), INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2007, I served a true and correct copy of the foregoing document on Plaintiff's attorney of record, Bruce P. Gladstein Esq., 750 East Avenue, Pawtucket, RI 02860 by electronic means (ECF) and facsimile.

/s/ Jaime J. LaPorte

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CRYSTAL VASCONCELLOS** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Civil Action No. 06-484-T-LDA** |
| **v.** | § | |
| | § | |
| **PIER 1 IMPORTS (U.S.), INC., AND CINDY BALDWIN** | § | |
| | § | |
| | § | |
| **Defendants** | § | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT PIER 1 IMPORTS (U.S.), INC.'S MOTION TO EXCEED PAGE LIMITS**

Pier 1 Imports (U.S.), Inc. ("Pier 1") respectfully submits this memorandum of law in support of its motion, pursuant to LR Cv 7(d), for an extension of the page limits for its response to Plaintiff's Motion for More Responsive Answers to Plaintiff's Request for Production

ARGUMENT

On October 9, 2007, Plaintiff filed, without leave from the Court, a fifteen page single-spaced motion for more responsive answers to thirty-six of her forty-seven requests for production of documents. Plaintiff's Motion violated Local Rule 7(d)(1) and this Court's Scheduling Order dated June 28, 2007 regarding the length of memoranda in that it was single-spaced and exceeded the page limitation for such memoranda. In order to address each of the thirty-six requests for production, Pier 1 respectfully requests leave to file a twenty-three page (double-spaced) response (with an additional 3 pages of exhibits).

Pier 1's response to Plaintiff's Motion for More Responsive Answers to Plaintiff's Request for Production is due on October 26, 2007. If the Court is unable to render a decision on

Pier 1's motion to exceed the page limits on October 26, 2007, Pier 1 respectfully requests an extension of time within which to respond to Plaintiff's Motion for More Responsive Answers to Plaintiff's Request for Production.

Respectfully submitted,

/s/ Jaime J. LaPorte

Robert P. Brooks (#3721)
Jaime J. LaPorte (#6668)
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345
Telephone: (401) 274-7200
Telefax: (401) 751-0604
rbrooks@apslaw.com
jlaporte@apslaw.com

Russell D. Cawyer *(Admitted Pro Hac Vice)*
State Bar No. 00793482
Carrie A. Brantley
State Bar No. 24036256 *(Admitted Pro Hac Vice)*
Kelly Hart & Hallman LLP
2500 Texas Commerce Tower
201 Main Street
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Telefax: (817) 878-9280
Russell.cawyer@khh.com
Carrie.brantley@khh.com

**ATTORNEYS FOR DEFENDANT**
**PIER 1 IMPORTS (U.S.), INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2007, I served a true and correct copy of the foregoing document on Plaintiff's attorney of record, Bruce P. Gladstein Esq., 750 East Avenue, Pawtucket, RI 02860 by electronic means (ECF) and facsimile.

/s/ Jaime J. LaPorte

*433290_1.doc*