**VERIFICATION**

STATE OF MASSACHUSETTS §
§
COUNTY OF BRISTOL §

BEFORE ME, the undersigned authority, on this day personally appeared Cindy Barker, duly authorized to make this oath on behalf of Pier 1 Imports (U.S.), Inc. (hereinafter "the Company"), and known to me to be the person whose name is subscribed hereto, and having first been duly sworn by me upon her oath, deposes and testifies as follows:

"My name is Cindy Barker. I am a Regional Manager for the Company, and am empowered to make this affidavit and to answer Plaintiff's Interrogatories to Pier 1 heretofore set out. I am over the age of twenty-one (21) years and have never been convicted of a felony.

I have read the foregoing Supplemental Answers to Plaintiff's Set of Interrogatories. They contain information based on the composite knowledge of the Company. I do not have personal knowledge of all, or any, of the facts stated therein, but I hereby acknowledge that, based on the company's corporate composite knowledge, the facts stated therein are true and correct.

FURTHER AFFIANT SAYETH NOT."

Cindy Barker
CINDY BARKER

SUBSCRIBED AND SWORN TO BEFORE ME on this 16th day of July, 2007, by Cindy Barker.

Theresa A. Riederer
NOTARY PUBLIC IN AND FOR
THE STATE OF MASSACHUSETTS

THERESA A. RIEDERER
Notary Public
Commonwealth of Massachusetts
My Commission Expires
April 13, 2012

863150_1

EXHIBIT
A