Q. Anyone else?
A. Not through the pregnancy.
Q. During your first pregnancy with your son Dalton, did Dr. Donley ever give you any work restrictions?
A. No.
Q. Did Dr. Donley ever give you any physical restrictions of any kind?
A. No.
Q. When did Cindy Baldwin first become your supervisor?
A. I don't know the date of her employment. I met her, I was told about her in December of 2004. I believe she started around then.
Q. Who told you about Cindy Baldwin in December 2004?
A. I believe it was Susan Dubois.
Q. Who is Ms. Dubois?
A. The district divisional manager.
Q. What did Ms. Dubois tell you about Cindy Baldwin in December 2004?
A. She addressed my region on a conference call that our new regional manager's name was Cindy Baldwin.
Q. Did she tell you anything else about Ms. Baldwin in this first conference call that was directed to the



EXHIBIT
A

applied to Home Depot and Borders Books?
A. We didn't discuss salary.
Q. What did you put as your requested salary range as your on-line postage?
A. I didn't.
Q. Did you obtain any employment before your Unemployment benefits ran out in 2005?
A. Just one party with Athena's. No other jobs, no.
Q. Other than the one party with Athena's, you didn't perform any employment while you were receiving Unemployment compensation?
A. Yes, I did. Voke, I started.
Q. Was that at the end of your period of Unemployment compensation, or was that the reason your Unemployment compensation ended?
A. No. That was partnered when I was going into Voke when they called me. I reported it to Unemployment.
Q. So did that operate some offset against the Unemployment wages you received?
A. Yes, if it was more than a number of days.
Q. When did you first learn you were pregnant with your son Ryder?
A. Early April 2005.

Q. How did you learn you were pregnant?

A. I took a test.

Q. A test that you buy at a drugstore?

A. Yes.

Q. Do you know how long you had been pregnant as of early April 2005 when you learned you were pregnant?

A. No.

Q. Did you later learn?

A. Yes.

Q. When was that?

A. I learned the exact time on May 8.

Q. What was the exact time?

A. Best I can recall, I was about five to six weeks pregnant now. She said it was in between. It's never an exact.

Q. So in about early February 2005 you were first pregnant?

A. No. Late March.

Q. Late March?

A. I became pregnant.

Q. I can't do math in my head either. So you first became pregnant in late March 2005. You learned you were pregnant in early April 2005, and your doctor gave you the date of conception on May 8, 2005; is that accurate?