**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CRYSTAL VASCONCELLOS :
:
v. :
: C.A. No.: 06-4016T
:
PIER 1 IMPORTS (US) INC., and :
CINDY BALDWIN, Individually and in her capacity:
and as an employee and Regional Manager of :
Pier 1 Imports (US) Inc. :

**PLAINTIFF'S MOTION TO COMPEL**
**ANSWERS TO HER REQUEST FOR PRODUCTION**
**OF DOCUMENTS TO DEFENDANT, PIER 1 IMPORTS (US) INC.**

Now comes the Plaintiff in the above-entitled action and moves that this Honorable Court compel that Defendant, PIER 1 IMPORTS (US) INC., ("Pier"), produce answers to Plaintiff's Requests for Production of Documents within 20 days from the date this motion is heard. Plaintiff has made a good faith effort to resolve this matter before filing this Motion. A memorandum in support of said motion is attached.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to compel that Defendant, PIER 1 IMPORTS (US) INC., ("Pier"), produce answers to Plaintiff's Requests for Production of Documents within 20 days from the date this motion is heard.

PLAINTIFF
By her Attorney,

__/s/ Bruce P Gladstein Esq.__________
BRUCE P. GLADSTEIN, ESQ. (#5272)
750 EAST AVENUE
PAWTUCKET, RI 02860
(401) 722-9900 tel.
(401) 722-9919 fax

**CERTIFICATION**

I hereby certify that on the _____ day of ____________________ 2008, I mailed a true copy of the within, by regular mail, postage prepaid:

Jamie Laporte, Esq.
Adler Pollock & Sheehan
One Citizens Plaza 8th Floor
Providence RI 02903

Russell D. Cawyer, Esq.
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth TX 76102

_____________________________
Karen V Hooks