**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CRYSTAL VASCONCELLOS | : | |
| | : | |
| v. | : | |
| | : | C.A. No.: 06-4016T |
| | : | |
| PIER 1 IMPORTS (US) INC., and | : | |
| CINDY BALDWIN, Individually and in her capacity | : | |
| and as an employee and Regional Manager of | : | |
| Pier 1 Imports (US) Inc. | : | |

**PLAINTIFF'S MOTION TO EXTEND THE CLOSURE DATE FOR DISCOVERY**

Now comes the Plaintiff in the above-entitled action and moves that this Honorable Court allow Plaintiff to extend the closure for discovery an additional 45 days from February 6, 2008 until March 22, 2008. A memorandum in support of said motion is attached.

PLAINTIFF
By her Attorney,

/S/ Bruce P. Gladstein___

BRUCE P. GLADSTEIN, ESQ. (#5272)
750 EAST AVENUE
PAWTUCKET, RI 02860
(401) 722-9900 tel.
(401) 722-9919 fax

**CERTIFICATION**

I hereby certify that on the 28 day of January 2008, I mailed a true copy of the within, by regular mail, postage prepaid: Jamie Laporte, Esq., Adler Pollock & Sheehan, One Citizens Plaza 8th Floor, Providence RI 02903 and Russell D. Cawyer, Esq., Kelly Hart & Hallman LLP, 201 Main Street, Suite 2500, Fort Worth TX 76102.

/s/ Bruce P. Gladstein Esq.
Bruce P. Gladstein Esq.