UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CRYSTAL VASCONCELLOS | : | |
| | : | |
| v. | : | |
| | : | C.A. No.: 06-4016 |
| | : | |
| PIER 1 IMPORTS (US) INC., and | : | |
| CINDY BALDWIN, Individually and in her capacity | : | |
| and as an employee and Regional Manager of | : | |
| Pier 1 Imports (US) Inc. | : | |

**PLAINTIFF'S MEMORANUDM IN SUPPORT OF HER MOTION TO EXTEND THE CLOSURE DATE FOR DISCOVERY**

Now comes the Plaintiff in the above-entitled action and moves that this Honorable Court allow Plaintiff to extend the closure for discovery an additional 45 days from February 6, 2008 until March 22, 2008. A memorandum in support of said motion is as follows.

1. Complete response to Plaintiff's discovery was not provided until a motion to compel was filed, and then after an Order was filed, additional answers to interrogatories were not provided until approximately December 27, 2007;

2. Complete response to Plaintiff's discovery was not provided until a motion to compel was filed, and then after an Order was filed, additional responses to production were being provided up until approximately January 2, 2008;

3. The depositions of Cindy Baldwin and Susan Dubois was originally scheduled for December 14, 2007, however, due to the holiday season, attorney for Defendant requested that the depositions be rescheduled for January 4, 2008, which was granted along with the stipulation that discovery close on February 6, 2008 (the number of days from December 14 until January 4);

4. At the January 4, 2008 depositions, Plaintiff was told for the first time that the human resource manager, who was involved in the decision to terminate Plaintiff, was not employed by Defendant and had to be subpoenaed in Dallas, TX;

5. Due to the information provided by the deponents at the January 4, 2008 depositions, additional production needed to be provided by Defendant, and as of today's date, has not been provided and a motion to compel is being filed at the same time as this motion to extend;

6. Due to the information provided by the deponents at the January 4, 2008 depositions, additional information was provided necessitating at least two (2) additional depositions of Pier 1 Import's employees;

7. At the January 4, 2008 depositions, Defendant requested that the deponents read and sign the transcripts and as of today's date, Plaintiff has not received a copy of the transcript;

8. Attorney for Plaintiff was out of the office due to illness for approximately two (2) weeks at the beginning of January 2008 (doctor's note will be provided if requested);

9. Without the requested production and depositions, Plaintiff will suffer great prejudice in her presentation of her claims;

10. Plaintiff is only requesting an additional 45 days which is not an unreasonable request and will not prejudice Defendant in any manner.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to extend the closure for discovery an additional 45 days from February 6, 2008 until March 22, 2008.

PLAINTIFF
By her Attorney,

______________________________
BRUCE P. GLADSTEIN, ESQ. (#5272)
750 EAST AVENUE
PAWTUCKET, RI 02860
(401) 722-9900 tel.
(401) 722-9919 fax

**CERTIFICATION**

I hereby certify that on the _____ day of ____________________ 2008, I mailed a true copy of the within, by regular mail, postage prepaid:

| | |
|---|---|
| Jamie Laporte, Esq. | Russell D. Cawyer, Esq. |
| Adler Pollock & Sheehan | Kelly Hart & Hallman LLP |
| One Citizens Plaza 8th Floor | 201 Main Streets, Suite 2500 |
| Providence RI 02903 | Fort Worth TX 76102 |

______________________________
Karen V Hooks