ADLER POLLOCK & SHEEHAN P.C.

One Citizens Plaza, 8th floor
Providence, RI 02903-1345
Telephone 401-274-7200
Fax 401-751-0604 / 351-4607

175 Federal Street
Boston, MA 02110-2210
Telephone 617-482-0600
Fax 617-482-0604

www.apslaw.com

December 17, 2007

Bruce P. Gladstein, Esq.
750 East Avenue
Pawtucket, RI 02860

***Re:*** ***Crystal Vasconcellos v. Pier 1 Imports (US), Inc., et al., C.A. No. 06-484-T***

Dear Bruce:

This letter confirms that the parties agreed to extend the discovery deadline in the above-referenced matter to February 5, 2008.

Very truly yours,

Jaime J. LaPorte

JAIME J. LaPORTE

cc: Russell Cawyer, Esq.

438527_1.doc

EXHIBIT
tabbies
1