**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CRYSTAL VASCONCELLOS :
:
v. :
: C.A. No.: 06-4016
:
PIER 1 IMPORTS (US) INC., and :
CINDY BALDWIN, Individually and in her capacity:
and as an employee and Regional Manager of :
Pier 1 Imports (US) Inc. :

**NOTICE OF DEPOSITION**

**DEPONENT:** Karol Pruet

**DATE:** February 6, 2008

**TIME:** 3:00 p.m.

**PLACE:** Law Offices of Bruce Gladstein
750 East Avenue
Pawtucket, Rhode Island 02860.

Please take notice that the above oral examination will be conducted pursuant to Rhode Island Rules of Civil Procedure before a Notary Public commissioned in the State of Rhode Island. Said examination will continue from day to day until completed.

Plaintiff,
by his Attorney,

BRUCE P. GLADSTEIN, ESQ.
(#5272)
750 EAST AVENUE
PAWTUCKET, RI 02860
(401) 722-9900

EXHIBIT 3

**CERTIFICATION**

I hereby certify that on the 1 day of February 2008, I mailed a true copy of the within,by regular mail postage prepaid; & Fax

Jamie Laporte, Esq.
Adler Pollock & Sheehan
One Citizens Plaza 8th Floor
Providence RI 02903

Russell D. Cawyer, Esq.
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth TX 76102

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920.