**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CRYSTAL VASCONCELLOS :
:
v. :
: C.A. No.: 06-4016T
:
PIER 1 IMPORTS (US) INC., and :
CINDY BALDWIN, Individually and in her capacity:
and as an employee and Regional Manager of :
Pier 1 Imports (US) Inc. :

**PLAINTIFF'S MOTION TO WITHDRAW MOTION TO COMPEL FILED ON JANUARY 25, 2008**

Now comes the Plaintiff in the above-entitled action and moves that this Honorable Court allow Plaintiff to withdraw its motion to compel filed on Janurary 25, 2008 due to said motion being filed premature.

**PLAINTIFF**
By her Attorney,

/S/ Bruce P. Gladstein___
BRUCE P. GLADSTEIN, ESQ. (#5272)
750 EAST AVENUE
PAWTUCKET, RI 02860
(401) 722-9900 tel.
(401) 722-9919 fax

**CERTIFICATION**

I hereby certify that on the __5__ day of February, 2008, I mailed a true copy of the within, by regular mail, postage prepaid: Jamie Laporte, Esq., Adler Pollock & Sheehan, One Citizens Plaza 8th Floor, Providence RI 02903 and Russell D. Cawyer, Esq., Kelly Hart & Hallman LLP, 201 Main Street, Suite 2500, Fort Worth TX 76102.

/s/ Bruce P. Gladstein Esq.
Bruce P. Gladstein Esq.