**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CRYSTAL VASCONCELLOS | : | |
| | : | |
| v. | : | |
| | : | C.A. No.: 06-4016T |
| | : | |
| PIER 1 IMPORTS (US) INC., and | : | |
| CINDY BALDWIN, Individually and in her capacity | : | |
| and as an employee and Regional Manager of | : | |
| Pier 1 Imports (US) Inc. | : | |

**PLAINTIFF'S MOTION TO COMPEL**
**ANSWERS TO HER REQUEST FOR PRODUCTION**
**OF DOCUMENTS TO DEFENDANT, PIER 1 IMPORTS (US) INC.**

Now comes the Plaintiff in the above-entitled action and moves that this Honorable Court compel that Defendant, PIER 1 IMPORTS (US) INC., ("Pier"), produce answers to Plaintiff's Requests for Production of Documents within 20 days from the date this motion is heard. Plaintiff has made a good faith effort to resolve this matter before filing this Motion. A memorandum in support of said motion is attached.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to compel that Defendant, PIER 1 IMPORTS (US) INC., ("Pier"), produce answers to Plaintiff's Requests for Production of Documents within 20 days from the date this motion is heard.

PLAINTIFF
By her Attorney,

__/s/ Bruce P Gladstein Esq.__________
BRUCE P. GLADSTEIN, ESQ. (#5272)
750 EAST AVENUE
PAWTUCKET, RI 02860
(401) 722-9900 tel.
(401) 722-9919 fax

**CERTIFICATION**

I hereby certify that on the 6th day of February 2008, I mailed a true copy of the within, by regular mail, postage prepaid:

Jamie Laporte, Esq.
Adler Pollock & Sheehan
One Citizens Plaza 8th Floor
Providence RI 02903

Russell D. Cawyer, Esq.
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth TX 76102

/s/Bruce P. Gladstein Esq.
Bruce P. Gladstein Esq.