UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CRYSTAL VASCONCELLOS :
:
v. :
: C.A. No.: 06-4016T
:
PIER 1 IMPORTS (US) INC., and :
CINDY BALDWIN, Individually and in her capacity:
and as an employee and Regional Manager of :
Pier 1 Imports (US) Inc. :

**PLAINTIFF'S MOTION TO REONSIDER MAGISTRATE ALMOND'S ORDER GRANTING DEFENDANT'S MOTION TO QUASH AND/OR PLAINTIFF'S RENEWED MOTION TO EXTEND THE CLOSURE DATE FOR DISCOVERY**

Now comes the Plaintiff in the above-entitled action and moves that this Honorable Court overturn the granting of Defendant's motion to quash the depositions of Karol Pruett and Dawn Testa or in the alternative to extend the closure for discovery to allow Plaintiff to take said depositions. A memorandum in support of said motion is attached.

PLAINTIFF
By her Attorney,

/S/ Bruce P. Gladstein___
BRUCE P. GLADSTEIN, ESQ. (#5272)
750 EAST AVENUE
PAWTUCKET, RI 02860
(401) 722-9900 tel.
(401) 722-9919 fax

**CERTIFICATION**

I hereby certify that on the ____ day of February 2008, I mailed a true copy of the within, by regular mail, postage prepaid: Jamie Laporte, Esq., Adler Pollock & Sheehan, One Citizens Plaza 8th Floor, Providence RI 02903 and Russell D. Cawyer, Esq., Kelly Hart & Hallman LLP, 201 Main Street, Suite 2500, Fort Worth TX 76102.

/s/ Bruce P. Gladstein Esq.
Bruce P. Gladstein Esq.