LAW OFFICES OF
BRUCE P. GLADSTEIN

750 EAST AVENUE
PAWTUCKET, RHODE ISLAND 02860

TELEPHONE (401) 722-9900
FACSIMILE: (401) 722-9919

ALSO ADMITTED IN CONNECTICUT AND PENNSYLVANIA

**SENT VIA FACSIMILE ONLY**

January 18, 2007

Russell Cawyer Esq.
Kelly Hart & Hallman LLP
Fort Worth TX 76102

RE: Crystal Vasconcellos vs Pier 1 Imports (US) Inc., and Cindy Baldwin
CA No; 06-484T

Dear Attorney Cawyer:

Please accept this as letter as good faith effort to obtain Requests for Production as stated by Defendant's Cindy Baldwin and Susan Dubois during their depositions I am looking for the following:

1. The signature page signed by Plaintiff noting the she received an employee handbook from Pier 1, said information that I am seeking was previously requested and is contained in request for Production Number 1.

2. Any and all handwritten notes by Cindy Baldwin relating to April 29, 2005 and the separation of Plaintiff said information that I am seeking was previously requested and is contained in Requests for Production numbers 11, 33, and 40.

3. Any and all information relating to the Asset Protection Guide, said information that I am seeking was previously requested and is contained in Request for Production number 7.

4. Any and all additional information relating to training for Managers and Regional Managers said information that I am seeking was previously requested and is contained in Request for Production numbers 20, and 21.

5. Copies of the bank log for the Newport store on April 29, 2005 said information that I am seeking was previously requested and is contained in Request for Production number 10.

EXHIBIT
1

6. Any and all information managers employed with Pier 1 specifically Colleen at the store in Hyannis as mention in an e-mail by Ms. Baldwin said information that I am seeking was previously requested and is contained in Requests for production numbers 8 and 16.

7. Copies of long distance phone records from the Newport store from April 29, 2005 through May 6, 2005 said information that I am seeking was previously requested and is contained in Request for Production number 26.

8. Print out of time card for ALL employees at the Newport Store, said information that I am seeking was previously requested and is contained in Request for Production number 27.

9. Any warnings for the two Assistant Managers at the Seekonk Store for sexual Harassment as stated by Baldwin said information that I am seeking was previously requested and is contained in Request for Production numbers8, and 16.

If I do not hear from you within 10 days I will file the appropriate Motions. Thank you for your attention to this matter. Should you have any questions or concerns, I can be reached at (401) 722-9900.

Sincerely,

Bruce P. Gladstein, Esq.

BPG/kvh
cc: Crystal Vasconcellos