KELLY HART & HALLMAN LLP
201 MAIN STREET, SUITE 2500
FORT WORTH, TEXAS 76102

Telephone: (817) 332-2500
Telecopy: (817) 878-9280
Writer's Direct Dial: 817-810-5562
Email Address: russell.cawyer@khh.com

301 Congress, Suite 2000
Austin, Texas 78701
1000 Louisiana, Suite 4700
Houston, Texas 77002

January 21, 2008

**VIA FACSIMILE 401-722-9919**

Mr. Bruce P. Gladstein Esq.
750 East Avenue
Pawtucket, RI 02860

**Re:** ***Vasconcellos v. Pier 1 Imports (U.S.), Inc.***
**Civil Action No. 06-4016**

Dear Mr. Gladstein:

I received, with much surprise, your Motion to Compel Discovery. As you will recall, your letter dated January 18, 2008, identifying perceived discovery deficiencies, gave Pier 1 ten days to respond. I have been diligently working on completing that response. According to my math, you were not expecting a response until January 28, 2008 (or counting under the Federal Rules, February 1, 2008). Consequently, Plaintiff's motion is not only premature, but also appears not to have been filed in good faith given that you have not allowed Pier 1 to respond within the time constraints prescribed by you. If you do not withdraw your Motion to Compel Discovery, I will bring these troubling issues before the Court.

I look forward to receiving notice that you've withdrawn these motions and to visiting with you after you have reviewed Pier 1's response to your January 18, 2008 letter.

Sincerely,

Russell D. Cawyer

RDC/cab
cc: Jaime J. La Porte (via facsimile)

EXHIBIT
2