KELLY HART & HALLMAN LLP
201 MAIN STREET, SUITE 2500
FORT WORTH, TEXAS 76102

Telephone: (817) 332-2500
Telecopy: (817) 878-9280
Writer's Direct Dial: 817-810-5562
Email Address: russell.cawyer@khh.com

301 Congress, Suite 2000
Austin, Texas 78701
1000 Louisiana, Suite 4700
Houston, Texas 77002

January 28, 2008

**VIA CMRRR #7007 1490 0002 3586 3167 and**
**VIA FACSIMILE (401) 722-9919**

Mr. Bruce P. Gladstein Esq.
750 East Avenue
Pawtucket, RI 02860

**Re:** ***Vasconcellos v. Pier 1 Imports (U.S.), Inc.***
**Civil Action No. 06-4016**

Dear Mr. Gladstein:

I have received your letter dated January 18, 2008 purportedly identifying discovery responses that need to be supplemented. While I disagree with the conclusion that the responses are deficient in any way, I am making the following concessions to avoid unnecessarily including the Court in a discovery dispute. I'll respond to each of the issues you raise as follows:

1. With respect to Request for Production No. 1, Pier 1 has produced all responsive, non-privileged documents that specifically relate to Plaintiff. If an acknowledgment was not produced, you should properly infer that Pier 1 does not have a copy of one.

2. With respect to "any and all handwritten notes by Cindy Baldwin relating to April 29, 2005," all responsive documents have been produced.

3. With respect to the Asset Protection Guide, a copy of the Asset Protection Guide that was in effect or distributed to Pier 1 employees during the time of Plaintiff's employment with Pier 1 is attached hereto bates numbers Vasconcellos 601209 – 601241.

4. With respect to "all additional information relating to training for Managers and Regional Managers," Pier 1's objections to Request for Production Nos. 20 and 21 are valid. These requests are overly broad, unduly burdensome, and harassing in that the requests seek production of every document relating to training provided to Pier 1 managers and regional managers regardless of whether the documents are relevant to Plaintiff's claims. Please note that there are no documents responsive to this request with regards to Cindy Baldwin and/or Susan Dubois. Indeed, Plaintiff already moved to compel production of these Requests; the Magistrate Judge denied the Motion; and Plaintiff did not timely appeal the order. See Clerk's Dkt Entry dated Nov. 20, 2007.

906941_1

EXHIBIT
tabbies
3

5. With respect to the April 29, 2005 bank log for the Newport store, there are no documents responsive to this request.

6. With respect to your request for information regarding "Colleen at the Hyannis store" or "managers employed with Pier 1," this information does not fall within the scope of Request for Production No. 8 inasmuch as that request sought information regarding Plaintiff and/or her store. Similarly, that information does not fall within the scope of Request for Production No. 16 as limited by the Judge on November 20, 2007. As you recall the Magistrate Judge limited this request to complaints of pregnancy discrimination made against Cindy Baldwin and Susan Dubois—no such complaints have been made other than your client's.

7. With respect to the long distance records, please see the documents attached, bates numbers Vasconcellos 601242 – 601253.

8. With respect to your request for the time cards of all employees at the Newport store, Pier 1 has produced Cindy Baldwin's notes, the employment handbook, plaintiff's personnel file as well as Plaintiff's timecard for the period in question. Pier 1 has fully complied with Request for Production Number 27 because associate timecards do not fall within the scope of this request.

9. With respect to your request for "warnings for the two Assistant Managers at the Seekonk Store for sexual harassment," this information does not fall within the scope of Request for Production No. 8 inasmuch as that request sought information regarding Plaintiff and/or her store. Similarly, that information does not fall within the scope of Request for Production No. 16 as limited by the Judge on November 20, 2007. As you recall the Magistrate Judge limited this request to complaints of pregnancy discrimination made against Cindy Baldwin and Susan Dubois—no such complaints have been made other than your client's.

Very truly yours,

Russell D. Cawyer

Russell D. Cawyer

RDC/cab

cc: Jaime J. La Porte (via facsimile)

906941_1