Page 26

Q. No, you don't know, or no, she wasn't?
A. No, she was not.
Q. Anybody else that you know of that was separated by you during your employment at Pier One?
A. Not that I can remember right now.
Q. Any managers that you separated, any store managers that you separated while you were employed at Pier One?
A. Other than Crystal, no.
Q. Now, with the two assistant managers in Seekonk and the assistant manager in Warwick, were you involved in the investigation?
A. Yes.
Q. Have you had any store managers -- strike that. Were there any store managers who were pregnant during the time period that you worked for Pier One?
A. Yes.
Q. Who was that?
A. Jasmine, store manager in Seekonk.
Q. Okay. Do you remember when she was pregnant?
A. I believe it was two summers ago.
Q. Okay. Do you remember whether it was after or before Crystal was separated?
A. I don't know if it was after or before. I don't. I don't remember that, no.

Page 27

Q. But you believe it was 2005?
A. I do believe so, yes.
Q. Do you know of any other store managers that were pregnant while you were employed at Pier One?
A. Yes.
Q. Who was that?
A. Danielle. She was the store manager in Taunton.
Q. Do you remember when she was pregnant?
A. Yes. She was pregnant last year.
Q. So 2007?
A. Yes, 2006 through 2007.
Q. Any other managers that were pregnant during your tenure at Pier One?
MR. CAWYER: You mean store managers?
MR. GLADSTEIN: Store managers.
A. No.
Q. Jasmine and Danielle were both under your control as supervisor; is that correct?
A. Yes.
Q. Do you remember why Crystal was terminated or separated?
A. Yes.
Q. Why was that?
A. It was because she lied.

Page 28

Q. What did she lie about?
A. She lied about where she was when I called looking for her, and she lied about telling a manager something that she did not, that she admitted to not telling the manager about where she was.
Q. She lied about where she was and she lied about, what was the other thing that you mentioned?
A. She lied about telling a manager something that she didn't tell the manager. That, she admitted to.
Q. Any other reason why Crystal was separated, other than those two reasons?
A. No.
Q. You sure?
A. Yes.
Q. Positive?
A. Yes.
Q. Now, have you ever had any other employee at Pier One who has not been completely truthful with you?
A. I don't know. Not that I know of. I mean, I don't know if they have been.
Q. You don't know of any employees who clocked in a little earlier than they were supposed to?
A. I don't know what you mean by that.
Q. Have you ever had an employee at Pier One who

Page 29

clocked in -- strike that. Now, you're currently married; is that correct?
A. Yes.
Q. Were you married at the time of Crystal's separation?
A. No.
Q. Were you ever married before Crystal was separated?
A. Yes.
Q. Do you have any children?
A. Yes.
Q. Did you have any children before Crystal was separated?
A. No.
Q. When did you have your first child?
A. April 16, 2007.
Q. Now, based on the handbook, would it be fair to say that there were different options -- strike that. Based on the handbook, would it be fair to say that there were different types of discipline that you could have given to Crystal, other than termination?
A. Yes.
Q. What would have been those other options?
A. Corrective action.
Q. What is a corrective action?





EXHIBIT
tabbies
4