**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CRYSTAL VASCONCELLOS** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Civil Action No. 06-00484-T-LDA** |
| **v.** | § | |
| | § | |
| **PIER 1 IMPORTS (U.S.), INC., AND** | § | |
| **CINDY BALDWIN** | § | |

**DECLARATION OF CARRIE A. BRANTLEY**

1. "My name is Carrie A. Brantley, I have personal knowledge of the facts stated in this declaration, have never been convicted of a felony, am fully capable of making this declaration and if called upon to do so, I could and would testify competently thereto."

2. "I am employed as an Associate Attorney at Kelly Hart & Hallman, LLP".

3. "I have thoroughly reviewed the deposition transcript and word index for Cindy Baldwin-Barker's deposition. There is no mention of the name Dawn, Testa or Dawn Testa in the deposition transcript or word index."

4. I have thoroughly reviewed the deposition transcript and word index for Susan Dubois' deposition. There is no mention of the name Dawn, Testa or Dawn Testa in the deposition transcript or word index."

5. "Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct."

Executed on February 8, 2008.

[signature]

CARRIE A. BRANTLEY



EXHIBIT
tabbles
1