Page 74

just that one day. I mean, the -- the incident at the -- working in the Dartmoth store was not on that day.
Q. I understand that. But wasn't the purpose for the phone call regarding the -- regarding the incident that occurred on April 29th, 2005?
A. Yes. We were talking about that and other things also came into it.
Q. Okay. But the reason for the phone call was the April 29th incident?
A. Yes. But -- Yes, but that's not all we talked about. We were recapping and discussing that incident and other things came into play.
Q. And then you spent three pages talking about what you -- what -- or the three of you talked about failures of Crystal's performance. Is that fair to say?
A. Three pages. I don't see three pages. We talked about --
Q. Well, starting on page three.
A. Page three. Okay.
Q. Page four, page five.
A. Okay. Most of page three was about -- or at least half of it was about the 29th, then there was another specific issue that we talked about, about the --

Page 75

Q. But --
A. And then page five talked about --
Q. But that's not my question. My question is: Didn't you spend three pages on what you three believed were past problems or past issues that Crystal had at her Newport store?
A. Okay. I don't -- Well, that's what I'm saying. I don't think it was a full three pages, but I think -- but, yes, we talked about the whole picture of her performance. Uh-huh. And the areas that weren't meeting standards.
Q. Okay. And up to April 29th, Crystal was meeting standards at Pier 1, correct?
A. That is not my understanding.
Q. All right. Have you ever seen her review?
A. I have not.
Q. Okay. Would it surprise you to know that she got a good on her review?
A. No. It doesn't surprise me.
Q. Why doesn't it -- But isn't good, doesn't that mean that she's meeting standards?
A. She had a written corrective action in her file, as I understand it, which means that she's not meeting standards in all areas. Also, as I understand she did receive a good on her review, she rated herself

Page 76

as needs development. And there was also a conversation, from what I understand, about how -- if her performance continues at the same level that it is at the time of her review, that she would be receiving a needs development.
So to me that does not show that her overall performance is meeting Pier 1 standards.
Q. And who told you all of this information?
A. A lot of it was during this telephone call with Cindy and Susan.
Q. Okay. And that type of information should be in a review if -- if there is a concern about future performance, correct?
A. It may be, it may not be, because it's not about the future. And there is a lot of things that you may discuss.
Q. Now, on page five in the middle it says, "Very early in pregnancy." Did I read that correctly?
A. Yes.
Q. Who told you that?
A. Again, it was either Susan or Cindy.
Q. And did they tell you how early?
A. No.
Q. Okay. Would it surprise you to know that both Cindy and Susan had no idea how far along Crystal was in

Page 77

her pregnancy?
A. Well, I didn't -- I don't know. I don't know what information they had. I took notes from our phone call.
Q. Okay. And someone told you that Crystal was very early in her pregnancy?
A. Again, I don't specifically remember the exact details of this part of the conversation, but that's what I wrote down, yes.
Q. And then the next line, what does that say?
A. "Going to doctor until Monday."
Q. Do you know what that meant?
A. No.
Q. Okay. But no notes yet?
A. Uh-huh.
Q. "See if doctor can give something to help with morning sickness."
A. Uh-huh.
Q. Do you know what that had to do with?
A. No, I don't remember.
Q. Would it be fair to say that someone told you Cindy -- Crystal suffered from morning sickness?
A. Would it surprise me, is that what you said?
Q. No. Did someone tell you that Crystal suffered from morning sickness?