# Store Manager
## Performance Review

| Name: Crystal Vasconcellos | Social Security #: 031603639 | Region/Zone: 9412/9410 | Store#: 0589 |
|---|---|---|---|
| Hire Date: 10/01 | Time in Position: 3 years | Regional Manager Conducting Review: Cindy Baldwin | |
| Last Review Rating: gd | Last Review Date: 2/04 | Job Title: Store Manager | Review Period From: 2/04 To: 2/05 |

| Competency | OT | VG | GD | ND | UN |
|---|---|---|---|---|---|
| **Results Orientation:** Sales and profit focused. Focuses on achieving company goals and objectives. Stretches self and others to achieve higher levels of performance and productivity. | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Customer Focus:** Gets customers engaged and willing to buy. Dedicated to meeting and exceeding the expectations of customers. Gets first hand customer information and uses it to improve the business. Holds everyone accountable for seeking out, identifying and meeting customer needs. | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Decision Making:** Utilizes a mixture of analysis, wisdom, experience and judgment to make quality decisions in a timely manner, even under tight deadlines and pressure. Effectively plans and prioritizes. Most solutions and suggestions turn out to be correct and accurate when evaluated over time. | ☐ | ☐ | ☒ | ☐ | ☐ |
| **People Development:** Effectively staffs. Holds regular performance feedback and development discussions with associates. Challenges and stretches people. Holds people accountable for achieving company goals and expectations. Ensures that succession planning goals are met. | ☐ | ☐ | ☐ | ☒ | ☐ |
| **Building Relationships:** Relates well to others. Builds constructive, effective relationships and teams. Uses diplomacy and tact and can diffuse high-tension situations. Leaves others wanting to work with him/her again. | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Business Skills/Knowledge:** Has the functional and technical skills and knowledge to perform the job at a high level of accomplishment. Is adaptable and able to learn new skills. | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Communication:** Provides timely information and clear direction to enable people to do their jobs effectively. Keeps people informed so that they feel part of the organization. Attentively and actively listens to others. | ☐ | ☐ | ☐ | ☒ | ☐ |

PENGAD-Bayonne, N. J.
PLAINTIFF'S EXHIBIT
9 BARKER
1-4-08

Pier 1 imports

VASCONCELLOS 600586

| Overall Performance Rating | OT | VG | GD | ND | UN |
|---|---|---|---|---|---|
| Your performance rating best summarizes how you have performed over this review period. | ☐ | ☐ | ☒ | ☐ | ☐ |

## Comments:

Crystal, overall your performance for the year was good, even though you did not achieve positive sales results. You were adaptable throughout the year, responding to changes in leadership, company direction and expectations. You were flexible and supportive to the region, especially in assisting Seekonk in the absence of a store manager. You are quick to say yes and help out another store in need, regardless of what is on your plate. You take your role in your peer group very seriously and want to be viewed as a resource to your peers. You enjoy connecting to your peers in the region and gathering information from them, whether it is ideas, best practices, etc . . .You had many challenges during the back half of the year, and you found yourself struggling during a difficult Holiday and business climate. You have embraced all feedback and rallied yourself and your team to improve.

People Development:

You would benefit greatly from focusing on developing your people by providing regular performance feedback and development discussions. You have not successfully trained and developed your management team in their roles. You need to hold yourself and your team accountable for achieving company goals and expectations, (i.e. your monthly audits, dialy cleaning, etc. . .).By taking more ownership and intitiative of your store, you will begin to get the buy in you need from your team.

Communication:

You would also benefit from providing timely information and clear direction to your team. This will enable your team to do their jobs more effectively. By using the communication skills that you learned at the meeting, you will improve your skills and enhance your teams self esteem. You will grow by "actively" listening to your team, peers, etc. You have struggle with really listenting to others and not tuning out, if you don't agree or aren't onboard. You need to be open to new ideas, thoughts and opinions to assist you in moving yourself and your store forward in 2006.