UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CRYSTAL VASCONCELLOS | : | |
| | : | |
| v. | : | |
| | : | C.A. No.: 06-4016T |
| | : | |
| PIER 1 IMPORTS (US) INC., and | : | |
| CINDY BALDWIN, Individually and in her capacity | : | |
| and as an employee and Regional Manager of | : | |
| Pier 1 Imports (US) Inc. | : | |

MOTION TO STRIKE DEFENDANT'S REPLY TO PLAINTIFF'S OBJECTION FOR SUMMARY JUDGMENT

Now comes the Plaintiffs in the above-entitled matter, and hereby move to strike Defendants' reply to Plaintiff's Objection for Summary Judgment along with Defendants' objection to Plaintiff's disputed and Defendants' reply to Plaintiff's undisputed facts. The grounds for Plaintiffs' objection are set forth in the attached memorandum of law.

PLAINTIFF
By her Attorney,

/S/ Bruce P. Gladstein___

BRUCE P. GLADSTEIN, ESQ. (#5272)
750 EAST AVENUE
PAWTUCKET, RI 02860
(401) 722-9900 tel.
(401) 722-9919 fax

**CERTIFICATION**

I hereby certify that on the ___ day of March 2008, I mailed a true copy of the within, by regular mail, postage prepaid: Jamie Laporte, Esq., Adler Pollock & Sheehan, One Citizens Plaza 8th Floor, Providence RI 02903 and Russell D. Cawyer, Esq., Kelly Hart & Hallman LLP, 201 Main Street, Suite 2500, Fort Worth TX 76102.

/s/ Bruce P. Gladstein Esq.
Bruce P. Gladstein Esq.