**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CRYSTAL VASCONCELLOS** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Civil Action No. 06-00484-T-LDA** |
| **v.** | § | |
| | § | |
| **PIER 1 IMPORTS (U.S.), INC., AND** | § | |
| **CINDY BALDWIN** | § | |

**DEFENDANT'S OBJECTION AND RESPONSE TO**
**PLAINTIFF'S MOTION TO STRIKE**

COMES NOW, Defendant Pier 1 Imports (U.S.), Inc. and files its Objection and Response to Plaintiff's Motion to Strike. The grounds for Defendant Pier 1 Imports (U.S.), Inc.'s Objection and Response are set forth in the memorandum of law filed contemporaneously herewith.

Respectfully submitted,

/s/ Jaime J. LaPorte
Robert P. Brooks (#3721)
Jaime J. LaPorte (#6668)
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345
Telephone: (401) 274-7200
Telefax: (401) 751-0604
rbrooks@apslaw.com
jlaporte@apslaw.com
-And-
Russell D. Cawyer *(Admitted Pro Hac Vice)*
State Bar No. 00793482
Kelly Hart & Hallman LLP
2500 Texas Commerce Tower
201 Main Street
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Telefax: (817) 878-9280
russell.cawyer@khh.com
**ATTORNEYS FOR DEFENDANT**
**PIER 1 IMPORTS (U.S.), INC.**

## CERTIFICATE OF SERVICE

To: Bruce P. Gladstein, Esq.
750 East Ave.
Pawtucket, RI 02860

I hereby certify that I filed Defendant Pier 1 Imports (U.S.), Inc.'s Objection and Response to Plaintiff's Motion to Strike through the ECF system on the 17th day of March, 2008, and that notice will be sent electronically to the above-named counsel who is a registered participant identified on the Mailing Information for Case No. 07-484T-LDA.

/s/ Jaime LaPorte

**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CRYSTAL VASCONCELLOS** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Civil Action No. 06-00484-T-LDA** |
| **v.** | § | |
| | § | |
| **PIER 1 IMPORTS (U.S.), INC., AND** | § | |
| **CINDY BALDWIN** | § | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S OBJECTION AND RESPONSE TO PLAINTIFF'S MOTION TO STRIKE**

Defendant Pier 1 Imports (U.S.), Inc. respectfully submits the within Memorandum of Law in Support of its Objection and Response to Plaintiff's Motion to Strike.

## I. ARGUMENT & AUTHORITIES

### A. Pier 1's Filings were Timely.

Plaintiff filed her Objection and Response to Defendant's Motion for Summary Judgment on February 28, 2008. (Clerk's Dkt Nos. 33-25). Local Rule 47 provides that that replies must be filed not later than ten (10) days after the objection, when computing time under both the federal rules and local rules of court. Rule 6(a) of the Federal Rules of Civil Procedure provides:

> **(a) Computing Time.** The following rules apply in computing any time period specified in these rules or in any local rule, court order, or statute:
>
> **(1)** ***Day of the Event Excluded.*** Exclude the day of the act, event, or default that begins the period.
>
> **(2)** ***Exclusions from Brief Periods.*** Exclude intermediate Saturdays, Sundays, and legal holidays when the period is less than 11 days.

Fed. R. Civ. P. 6(a). Excluding the date of filing and all intervening weekends and holidays, Pier 1's reply and responses to Plaintiff's February 28, 2008 filings were all due March 13, 2008. Not only were all of Pier 1's filings timely –they were early.

**B. <u>Pier 1's Reply Brief Was Within the Page Limits</u>.**

Pier 1's Reply to Plaintiff's Response to Motion for Summary Judgment complied with all of the Court's orders and local rules. The Reply brief consisted of only five (5) substantive pages. The sixth page contained only signature blocks and the certificate of service. Accordingly, Pier 1's Reply Brief complies with all of the Court's orders and local rules.

## II. CONCLUSION

For all of the above reasons, Pier 1 requests the Court deny Plaintiff's Motion to Strike and award Pier 1 the attorney's fees incurred in responding to this Motion.

Respectfully submitted,

/s/ Jaime J. LaPorte
Robert P. Brooks (#3721)
Jaime J. LaPorte (#6668)
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345
Telephone: (401) 274-7200
Telefax: (401) 751-0604
rbrooks@apslaw.com
jlaporte@apslaw.com
-And-
Russell D. Cawyer *(Admitted Pro Hac Vice)*
State Bar No. 00793482
Kelly Hart & Hallman LLP
2500 Texas Commerce Tower
201 Main Street
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Telefax: (817) 878-9280
russell.cawyer@khh.com
**ATTORNEYS FOR DEFENDANT**
**PIER 1 IMPORTS (U.S.), INC.**

**CERTIFICATE OF SERVICE**

To: Bruce P. Gladstein, Esq.
750 East Ave.
Pawtucket, RI 02860

I hereby certify that I filed the Memorandum of Law in Support of Defendant Pier 1 Imports (U.S.), Inc.'s Objection and Response to Plaintiff's Motion to Strike through the ECF system on the 17th day of March, 2008, and that notice will be sent electronically to the above-named counsel who is a registered participant identified on the Mailing Information for Case No. 07-484T-LDA.

/s/ Jaime LaPorte

*448187_1.doc*