**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CRYSTAL VASCONCELLOS**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**PIER 1 IMPORTS (U.S.), INC., AND CINDY BALDWIN** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No. 06-00484-T-LDA** |

**WITHDRAWAL OF APPEARANCE**

I, Jaime J. LaPorte, hereby withdraw my appearance on behalf of Defendant, Pier 1 Imports (U.S.), Inc. in the above-captioned matter. Attorney Robert P. Brooks of the law firm of Adler Pollock & Sheehan P.C. remains counsel of record for Defendant.

*/s/ Jaime J. LaPorte*
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604
Dated: April 18, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2008, a copy of the within was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Jaime J. LaPorte

*450414_1.doc*