**INTERROGATORY NO. 17:**

As for the store manager position referred to in the complaint, please state the following:

(a) What is the job description (i.e. what are the hours, specific duties, etc.);
(b) What are the qualifications required to become a store manager;
(c) Was the Plaintiff qualified for said position, and if not, why;
(d) Was the position ever available from the time the Plaintiff was hired through the six (6) months after her termination;
(e) Was anyone hired, appointed or promoted for the position during the time-period previously stated; and
(f) If someone was hired, appointed, promoted etc. for said position, please state the persons name, address, if they are still employed by Pier and a detailed description of his or her qualifications.

**ANSWER:**

Pier 1 objects to this Interrogatory as being overly broad and not properly limited in geographic scope and should properly be limited to the Pier 1 store where Plaintiff was employed. Pier 1 also objects that, after considering the multiple discrete subparts of the previous interrogatories which are counted as separate interrogatories, this interrogatory results in a total number of interrogatories above the limit set forth in Fed. R. Civ. P. 33(a). Finally, Pier 1 objects to this Interrogatory to the extent it seeks to invade the privacy rights of non-parties by requesting the last known address and telephone number of non-parties without their consent. Subject to and without waiving the foregoing objections, Pier 1 answers as follows:

(a) Inasmuch as the information requested can be derived from the attached business records, Defendant, pursuant to Fed.R.Civ.P. 33(d), directs Plaintiff numbered documents attached hereto bates numbered 600025-600027.

(b). Inasmuch as the information requested can be derived from the attached business records, Defendant, pursuant to Fed.R.Civ.P. 33(d), directs Plaintiff numbered documents attached hereto bates numbered 600025-600027.

(c). Yes.

(d). Pier 1 objects to this request as being vague and ambiguous.

(e). Elizabeth Jarvis temporarily replaced Plaintiff as Manager from approximately June and July of 2005. Charlene Demello was hired to replace Plaintiff as Manager around August of 2005.

(f). Elizabeth Jarvis
Pier 1 Imports
100 Franklin St.