**Dubois, Susan H**

| | |
|---|---|
| **From:** | Baldwin, Cynthia M |
| **Sent:** | Thursday, May 05, 2005 12:14 PM |
| **To:** | Trotter (Field), Michele F. |
| **Cc:** | Dubois, Susan H |
| **Subject:** | Conversations w/ Crystal |

Good afternoon,

Here is a recap of my conversations w/Crystal . . .

1st convo . . . 10:00 a.m. on 5/4/05
I asked her to walk me through her afternoon last Friday, again. When I called her regarding the Truck Load Sale.
She said the same story that she had told me last Friday, which was . . .
I was scheduled until 5:30 and left to go to the bank when you called me. I told Jody that I was going to the bank to make change for the weekend.
I asked her why her staff thought that she went home for the day?
She said that she didn't know, that Amy (who she thought I spoke with) and the other associate might have thought that by Jody knew she went to the bank.
I said why do you think that?
She said, Because I told Jodi that I went to the bank.
I then asked her why she went to the bank off the clock. She said because she was going to go to the coffee shop, too. But then Jodi called so she came right back in to talk to me.
I stopped her and said, OK, Crystal, I am having a hard time with what your saying. Do you remember that I told you that your honesty is critical? She said, yes. I said, I just want to reiterate that you need to be honest with me about what really happened. She said, "o.k."
So then I asked the same questions again, regarding Jodi.
She said, I was planning on leaving for the day, when Jody called me and told me that you called looking for me. So I came back to the store, went in the office and then went to the bank to make change. When I got back from the bank I called you back.
I said so you didn't tell Jody that you went to the bank. She said No, I never told Jody that I was going to the bank. I apologize, I never should have said that.
I asked her why she lied to me Friday and again just now, she said I don't know, I am normally a very blunt person, I am just off with being sick, pregnant and everything.
I asked her what her lying had to do with being pregnant
She said that she didn't know how I would react, that she didn't think that I would be sympathetic to her morning sickness.
I asked her why she didn't just ask me or tell me and she said she didn't know.

Then I asked her to pull up and print her time cards for the month of April and asked her about Friday.
I asked her, her understanding of her time and attendance and what she was working. She said that she was working different hours before I explained the expectations at our Regional Meeting. I said, which was what. She said working 5-8.5 hour shifts, and punching out for a lunch break. So I said, then why does your time card not reflect these expectations? She threw up her hands and said, I don't have an answer for you.

I asked her about her (forgetting to clock in) and if they were for the time she came in or the time she was scheduled. She said that it was the time she came in. I also asked her if she came in late or left early, she said no.

I stopped there, pretty much and told her that I didn't have any further questions.

2nd convo . . . 4:30 p.m. 5/4/05
I apologized for making her wait, I told her that I was aware that she was off at 5:30 and that I appreciated her waiting.
I told Crystal that I had partnered with HR and that I did not have an outcome for her yet, that she should go home and that I would either be back in the morning or call her in the morning to let her know where we stand.
She said, I'll wait. She said that she didn't mind, because she won't be able to sleep tonight anyway.
I said that is not necessary and I might not even have an outcome tonight
I told her that I would let her know in the morning.
She said, Are you trying to fire me?
I didn't answer her, I just looked at her surprised.
She said, I know that is blunt, but it has been really difficult being on the floor with you back here with everything going on.
She said I know I will be the first to admit it that what I did was wrong. But to what level is this with this company.

I said I don't know that is why I partnered with HR.
I said I do know that when I called here on Friday, Jody said you went home for the day and when you called me back you said you were still working and that you had gone to the bank.
She said I know, I shouldn't have said that but you working your but off at the Truck Load Sale in Seekonk and here I was leaving early. I felt bad and I didn't know what to say.
I said, o.k. I'll talk to you tomorrow.

3rd convo ... 9:00 a.m. 5/5/05
I asked Crystal to sign her statement, which she did and she asked for a copy. She copied it in the fax machine.
I told her that after partnering with HR, and based upon her dishonesty we were separating her employment, effective immediately.
She looked surprised and asked what the specific reason was.
I said dishonesty. She asked what policy that violated.
I said in the code of business conduct - acting with integrity and being honest.
She said o.k. I asked her if she had any other questions. She said no.
I walked her out

Please let me know if you need any other information.

thank you,
Cindy Baldwin
Providence Regional Manager