THIS DOCUMENT HAS BEEN REPLACED BY A RESTRICTED TRANSCRIPT, PLEASE SEE DOCUMENT NUMBER 48