UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


CRYSTAL VASCONCELLOS

       v.                CA No. 06-484T

PIER 1 IMPORTS (U.S.), INC.


### ORDER OF DISMISSAL

Based on the Magistrate Judge's very thorough and well reasoned Report & Recommendation dated April 28, 2008, the defendant's motion for summary judgment is granted.


                        By Order

                        /s/ 
                        Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Senior U.S. District Judge

Date: October 14, 2008