# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

CRYSTAL VASCONCELLOS,
Plaintiff

    v.                                      C.A. No. 06-484T

PIER 1 IMPORTS (U.S.)
INC.,
Defendant

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters for the Defendant Pier 1 Imports (U.S.) Inc. and against Plaintiff Crystal Vasconcellos pursuant to this Court's Order of Dismissal granting Defendant's Motion for Summary Judgment, dated October 14th, 2008.

                                                        Enter:

                                                        /s/ Ryan H. Jackson

                                                        Deputy Clerk

Dated: October 14th, 2008